ALISA LIPSKI (State Bar No. 278710)
EDWARD GOLDSTEIN (*Pro Hac Vice To Be Filed*)
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: alipski@gliplaw.com
Email: egoldstein@gliplaw.com

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | CASE NO. 5:12-cv-01658-LHK<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR SYMANTEC CORPORATION TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff and Defendant, by their attorneys, hereby stipulate that the time for Defendant to respond to Plaintiff's Original Complaint be extended to and including June 4, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 27, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

Dated: April 26, 2012

By: /s/ *Alisa A. Lipski*
Alisa A. Lipski (State Bar No. 278710)
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: alipski@gliplaw.com

Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.

Of Counsel:

Edward Goldstein
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: egoldstein@gliplaw.com

Jonathan T. Suder
Corby R. Vowell
Todd Blumenfeld
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

April 26, 2012

By: /s/ *David Majors*
David Majors
Sr. Corporate Counsel
Symantec Corporation
350 Ellis Street
Mountain View, CA 94043
(650) 527-5116
(408) 218-6408 fax
Email: david_majors@symantec.com

## ATTESTATION

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: April 26, 2012                            /s/ _Alisa A. Lipski_____
                                                 Alisa A. Lipski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: April 26, 2012                            /s/ _Alisa A. Lipski_____
                                                 Alisa A. Lipski