RECEIVED
JUL 12 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFTVAULT SYSTEMS, INC.,

    Plaintiff,

v.

SYMANTEC CORPORATION,

    Defendant.

CASE NO. 5:12-cv-01658-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Corby R. Vowell, whose business address and telephone number is Friedman, Suder & Cooke
604 East 4th Street, Suite 200, Fort Worth, Texas 76102
Ph. 817.334.0400 and Email: vowell@fsclaw.com
and who is an active member in good standing of the bar of Federal Circuit Court of Appeals having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing SoftVault Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 31, 2012

/s/ Lucy H. Koh
Lucy H. Koh
United States District Judge

United States District Court
For the Northern District of California