**RECEIVED**
**JUL 1 2 2012**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | CASE NO. 5:12-cv-01658-LHK |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| SYMANTEC CORPORATION, | |
| Defendant. | |

Jonathan T. Suder, whose business address and telephone number is

Friedman, Suder & Cooke
604 East 4th Street, Suite 200, Fort Worth, Texas 76102
Ph. 817.334.0400 and Email: jts@fsclaw.com

and who is an active member in good standing of the bar of Federal Circuit Court of Appeals having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing SoftVault Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 31, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge