UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> SYMANTEC, INC. <br> Defendant. | Case No.: 12-CV-1658-LHK <br><br> ORDER RE: BRIEFING SCHEDULE |

The Court's law and motion and trial calendars are full, so the Court cannot move the tutorial and claim construction hearing. Thus, the March 7, 2013 tutorial and claim construction hearing remain as set. The parties may stipulate to a new briefing schedule for the claim construction opposition and reply briefs. Both briefs must be filed by February 21, 2013, two weeks before the March 7, 2013 hearing. The parties shall file their briefing schedule stipulation by January 30, 2013. The Court strongly urges the parties to file their stipulation of dismissal as soon as possible.

**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
LUCY H. KOH
United States District Judge

Case Nos.: 12-CV-1658-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER