BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice to be filed*)
CORBY R. VOWELL (*Pro Hac Vice*)
TODD I. BLUMENFELD (*Pro Hac Vice to be filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email: jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 5:12-cv-01658-LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING**<br><br>**JURY TRIAL DEMANDED** |

1     Recognizing the Stipulation of Extension of Time for Claim Construction Briefing filed by Plaintiff SoftVault Systems, Inc. and Defendant Symantec Corporation, it is

    ORDERED that the deadline for Defendant Symantec Corporation's Responsive Claim Construction Brief is extended to February 14, 2013, and that the deadline for Plaintiff SoftVault System, Inc.'s Reply Claim Construction Brief is extended to February 21, 2013.


Signed this 5th day of February, 2013

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1