MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 223936)
dschumann@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
WILLIAM ALEXANDER MOSELEY (CSB No. 278740)
wmoseley@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No.: 5:12-cv-01658-LHK<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR CLAIM CONSTRUCTION BRIEFING** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Recognizing the Stipulation of Extension of Time for Claim Construction Briefing filed by Defendant Symantec Corporation and Plaintiff SoftVault Systems, Inc., it is

ORDERED that the deadline for Defendant Symantec Corporation's Responsive Claim Construction Brief is extended to February 15, 2013.  No other case deadlines are affected by this order.

Signed this 15 day of February , 2013

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO