**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SYMANTEC, INC. ) <br> Defendant. ) <br> ) <br> ) | Case No.: 12-CV-1658-LHK <br><br> ORDER RE: BRIEFING SCHEDULE |

The parties have indicated that they have signed a fully executed settlement agreement, and will file a stipulation of dismissal on or before February 28, 2013. *See* ECF No. 54. Accordingly, the Court hereby extends the deadlines for completing claim construction briefing as follows: the opposition brief shall be filed by March 1, 2013, and the reply brief shall be filed by March 3, 2013. The tutorial and *Markman* hearing set for March 7, 2013 remain as set, and will not be rescheduled or vacated until a stipulation of dismissal has been filed.

**IT IS SO ORDERED.**

Dated: February 20, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.: 12-CV-1658-LHK
ORDER RE: BRIEFING SCHEDULE