BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice to be filed*)
CORBY R. VOWELL (*Pro Hac Vice*)
TODD I. BLUMENFELD (*Pro Hac Vice to be filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>　　　　　　Defendant. | Case No. 5:12-cv-01658-LHK<br><br>**[PROPOSED] ORDER GRANTING THE STIPULATION OF DISMISSAL OF SYMANTEC CORPORATION**<br><br>**JURY TRIAL DEMANDED** |

1   Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and
2   Defendant Symantec Corporation, it is
3   ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault
4   Systems, Inc. and Defendant Symantec Corporation against each other be, and hereby are,
5   dismissed WITH PREJUDICE; and
6   ORDERED that each party shall bear its own costs and attorney's fees.
7   The Clerk Shall close the file.

Date: February 27, 2013

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1